# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RANFORD BARRETT and
CAROL WALSH,

    Plaintiffs,

v.                                              Case No: 8:14-cv-2392-T-30AEP

CENTER STATE HARVESTING &
HAULING, INC.,

    Defendant.
_____

## ORDER

The Court has been advised via a Mediation Report (Dkt. #20) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of October, 2015.

                                                           JAMES S. MOODY, JR.
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record